1 | BENJAMIN B. WAGNER
United States Attorney
2 | BRIAN W. ENOS
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |
Attorneys for the
6 | United States of America

7 |
**UNITED STATES DISTRICT COURT**
8 |
**EASTERN DISTRICT OF CALIFORNIA**
9 |

10 | UNITED STATES OF AMERICA,                )  Case No.: 1:13-CR-00090-LJO/SKO
                                            )
11 |                                          )
                   Plaintiff,                )  **STIPULATION BETWEEN THE UNITED**
12 |                                          )  **STATES AND DEFENDANT REGARDING**
                                            )  **PRODUCTION OF PROTECTED**
13 |         v.                               )  **INFORMATION;**
                                            )  **PROTECTIVE ORDER RE: SAME**
14 |                                          )
      FRANK CHARLES REDDELL,                 )
15 |                                          )
                   Defendant.                )
16 |                                          )
                                            )
17 |

18 |     WHEREAS, the discovery in this case is voluminous and contains a

19 | significant amount of private personal information regarding third

20 | parties (both adults and minors), including but not limited to their

21 | names, dates of birth, family members, telephone numbers, and

22 | residential addresses ("Protected Information"); and

23 |     WHEREAS, the parties desire to avoid both the necessity of large

24 | scale redactions and the unauthorized disclosure or dissemination of

25 | this information to anyone not a party to the court proceedings in this

26 | matter;

27 |     The parties agree that entry of a stipulated protective order is

28 | appropriate.

1    THEREFORE, defendant FRANK CHARLES REDDELL, by and through his

2 counsel of record ("Defense Counsel"), and the United States of America,

3 by and through Assistant United States Attorney Brian W. Enos, hereby

4 agree and stipulate as follows:

5    1.   This Court may enter a protective order pursuant to Rule 16(d)

6 of the Federal Rules of Criminal Procedure, and its general supervisory

7 authority.

8    2.   This Order pertains to all discovery provided to or made

9 available to Defense Counsel as part of discovery in this case

10 (hereafter, collectively known as "the discovery").

11    3.   By signing this Stipulation and Protective Order, Defense

12 Counsel agrees not to share any documents that contain Protected

13 Information with anyone other than Defense Counsel attorneys, designated

14 defense investigators, and support staff.  Defense Counsel may permit

15 the defendant to view unredacted documents in the presence of his

16 attorneys, defense investigators, and support staff.  The parties agree

17 that Defense Counsel, defense investigators, and support staff shall not

18 allow the defendant to copy Protected Information contained in the

19 discovery.    The   parties   agree   that   Defense   Counsel,   defense

20 investigators, and support staff may provide the Defendant with copies

21 of documents from which Protected Information has been redacted.

22    4.   The discovery and information therein may be used only in

23 connection with the litigation of this case and for no other purpose.

24 The discovery is now and will forever remain the property of the United

25 States of America ("Government").   Defense Counsel will return the

26 discovery to the Government or certify that it has been shredded at the

27 conclusion of the case.

28 ///

1       5.    Defense Counsel will store the discovery in a secure place and

2  will use reasonable care to ensure that it is not disclosed to third

3  persons in violation of this agreement.

4       6.    Defense  Counsel  shall  be  responsible  for  advising  the

5  Defendant, employees, and other members of the defense team, and defense

6  witnesses of the contents of this Stipulation and Order.

7       7.    In the event that Defendant substitutes counsel, undersigned

8  Defense Counsel agrees to withhold discovery from new counsel unless and

9  until substituted counsel agrees also to be bound by this Order.

10 IT IS SO STIPULATED.

11                                        (As auth. 3/20/13)

12 Dated: March 20, 2013        By: /s/ Jeremy S. Kroger
                                    Jeremy S. Kroger
13                                  Attorney for Defendant
                                    FRANK CHARLES REDDELL
14

15

16 Dated: March 19, 2013            BENJAMIN B. WAGNER
                                    United States Attorney
17

18                               By: /s/ Brian W. Enos_____
                                    Brian W. Enos
19                                  Assistant U.S. Attorney

20 IT IS SO ORDERED.

21 **Dated:    March 20, 2013**        **/s/  Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

3